JAMES CROWLEY, Respondent, *v.* ROCHESTER SWISS LAUNDRY COMPANY, Appellant.

MARY C. CROWLEY, an Infant, by JAMES CROWLEY, Her Guardian ad Litem, Respondent, *v.* ROCHESTER SWISS LAUNDRY COMPANY, Appellant.

(Argued April 23, 1929; decided May 28, 1929.)

*F. A. W. Ireland* for appellant.

*Charles E. Callahan* for respondent.

In each case order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.